# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RONNIE LEE HICKS II, MATHEW GANT, and MATHEW RENGUUL, <br><br> Plaintiffs, <br><br> v. <br><br> TERRY LEE REMBERT, et. al., <br><br> Defendants. | CASE NO. C19-5674 RJB <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 17. The Court has considered the Report and Recommendation, the Plaintiff Hick's objections (Dkt. 18) and the remaining file.

The Report and Recommendation (Dkt. 17) should be adopted and *pro se* Plaintiff Hick's Motion for Class Certification and Appointment of Counsel (Dkt. 16) should be denied. Further, as recommended in the Report and Recommendation, *pro se* Plaintiffs Gant and Renguul should be dismissed from this case without prejudice. Plaintiff Hick's objections to the Report and Recommendation (Dkt. 18) are without merit. They do not provide adequate grounds to not

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

adopt the Report and Recommendation. The case should be re-referred to U.S. Magistrate Judge Christel for further proceedings.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 17) **IS ADOPTED**;
- The Plaintiff Hick's Motion for Class Certification and Appointment of Counsel (Dkt. 16) **IS DENIED**;
- Plaintiffs Gant and Renguul **ARE DISMISSED WITHOUT PREJUDICE;** and
- The case **IS RE-REFERRED** to U.S. Magistrate Judge Christel for further proceedings.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Christel, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 4th day of November, 2019.

ROBERT J. BRYAN
United States District Judge