UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONNIE LEE HICKS, II,

        Plaintiff,

v.

PAUL PASTOR, et al.,

        Defendant.

CASE NO. 3:19-CV-5674-RJB-DWC

REPORT AND RECOMMENDATION

Noting Date: March 13, 2020

Plaintiff Ronnie Lee Hicks II, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. After completing an initial screening of the Complaint, the Court declined to serve the Complaint, but provided Plaintiff with leave to file an amended pleading by January 16, 2020 cure the deficiencies. Dkt. 26 (Order dated December 16, 2019). Plaintiff was notified his failure to comply with the Court's Order would result in the Court recommending dismissal of this case. *Id.* at 7.

Plaintiff has failed to comply with the Court's Order. On December 20, 2019, Plaintiff filed a Notice of Change of Address to the Washington Corrections Center ("WCC"). Dkt. 27. On December 26, 2019, the Court's Order was resent to Plaintiff at his new address at WCC. *See*

1  Dkt. 26 (docket entry updated December 26, 2019). He has not filed an amended complaint to
2  correct the deficiencies contained within the Complaint.  As Plaintiff has failed to respond to the
3  Court's Order and prosecute this case, the Court recommends this case be dismissed without
4  prejudice.

5      Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8  objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
9  limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on March
10  13, 2020, as noted in the caption.

11      Dated this 19th day of February, 2020.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge